**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:	415/981-9788
Facsimile:	415/981-9798
Email:	RogersRMR@yahoo.com

Attorneys for Plaintiff
**CHARLES ROBERTS**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERTS, | Case No.: |
| Plaintiff, | |
| v. | |
| HAYWARD UNIFIED SCHOOL DISTRICT, | **COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES** |
| Defendant. | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff CHARLES ROBERTS and alleges:

## JURISDICTION

1. This Court has jurisdiction over Plaintiff's race discrimination claim under Title VII (28 USC §1331) and supplemental jurisdiction over related state claims. (28 USC §1367)

## VENUE

2. Venue is proper in this Court because Plaintiff was employed in Alameda County, California. 42 USC §1392(b).

//

//

# **CHARGING ALLEGATIONS**

3. Plaintiff CHARLES ROBERTS, an African American born in 1971, was hired by Defendant HAYWARD UNIFIED SCHOOL DISTRICT as Chief Facilities Officer in September, 2015.

4. Plaintiff, at all pertinent times, performed his duties competently and satisfactorily.

5. Plaintiff as one of three African Americans in Defendant's administration.

6. Defendant discharged Plaintiff on or about August 6, 2017.

7. Plaintiff was earning $170,000 per year plus benefits for a total of $205,236.12 per year.

8. Defendant told Plaintiff that he was being laid off because his position was being eliminated for lack of work or lack of funds. These reasons were demonstrably false.

9. When Plaintiff remonstrated that there was plenty of work and money, Matt Wayne, his supervisor, told him Defendant was looking for "fresh ideas." This, also, was false.

10. Plaintiff has a PhD and has won design awards during his career in facilities management.

11. Defendant discharged Stan Dobbs, an African American Superintendent, and Sheila Collier, the other African American administrator.

12. As a direct result of Defendant's said conduct, Plaintiff has suffered loss of earnings and will continue to suffer such losses in future, all to his damage in a sum within the jurisdiction of this Court.

13. As a further direct result of Defendant's said conduct, Plaintiff has suffered and will continue to suffer severe emotional distress to his general damage in an amount within the jurisdiction of this Court.

14. Plaintiff has exhausted his administrative remedies. A copy of his Charge of Discrimination is attached hereto as Exhibit 1 and fully incorporated herein by this reference. His federal and state right-to-sue letters are attached hereto as Exhibits 2 and 3.

//

//

## COUNT ONE

15. Defendant discriminated against Plaintiff because of his race in violation of Title VII, 42 USC §2000(e).

## COUNT TWO

16. Defendant discriminated against Plaintiff because of his race in violation of Cal. Gov. Code §12940(a).

## COUNT THREE

17. Defendant discriminated against Plaintiff because of his age in violation of Cal. Gov. Code §12940(a).

## COUNT FOUR

18. Defendant failed to take all reasonable steps to prevent discrimination, in violation of Cal. Gov. Cove §12940(k).

## COUNT FIVE

19. Defendant's course of conduct violated the public policy of the State of California.

WHEREFORE, Plaintiff prays for:

1. Equitable relief including reinstatement;
2. Actual damages in a sum to be ascertained at trial;
3. General damages in an amount within the jurisdiction of this Court;
4. Costs of suit, prejudgment interest, reasonable attorney's fees; and
5. Such further relief as the Court deems just and proper.

Respectfully submitted,

Dated: 4-12-18

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury.

Dated: 4-12-18

Respectfully submitted,

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

# EXHIBIT 1

*Roberts v. Hayward Unified School District*
COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES; DEMAND FOR JURY TRIAL

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>555-2017-01171 |
|---|---|---|

California Department Of Fair Employment & Housing _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Charles A. Roberts | Home Phone (Incl. Area Code)<br>(757) 848-7131 | Date of Birth<br>1971 |
|---|---|---|

Street Address: 1618 E. Gate Way, #104, Pleasanton, CA 94566

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>HAYWARD UNIFIED SCHOOL DISTRICT | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(510) 784-2600 |
|---|---|---|

Street Address: 24411 Amador Street, Hayward, CA 94544

DISCRIMINATION BASED ON (Check appropriate box(es)):
[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [X] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-08-2017   Latest: 08-06-2017
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or about September 16, 2015 as Chief Facilities Officer. My supervisor was Matt Wayne, and I performed the duties of my position satisfactorily.

On or about August 8, 2017, I was laid-off. Respondent's stated reason for my layoff was that my position was being eliminated due to lack of work or lack of funds. However, shortly after I was laid off, Respondent created and began accepting applications for a new position whose responsibilities were closely similar to my old position.

I believe that I have been discriminated against because of my race (African-American), in violation of the Civil Rights Act of 1964, as amended. I also believe that I have been discriminated against because of my age (D.O.B. 09/26/1971) in violation of the Age Discrimination in Employment Act of 1967, as amended. I also believe I was retaliated against because of my participation in protected activity, in violation of the statutes.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Nov 01, 2017
*Charging Party Signature* /s/ Charles Roberts

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EXHIBIT 1

# EXHIBIT 2

*Roberts v. Hayward Unified School District*
COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES; DEMAND FOR JURY TRIAL

EEOC Form 161-B (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Charles A. Roberts<br>1618 E. Gate Way, #104<br>Pleasanton, CA 94566 | From: | Oakland Local Office<br>1301 Clay Street, Suite 1170-N<br>Oakland, CA 94612 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 555-2017-01171 | Juanita Rodriguez,<br>Investigator | (510) 637-3246 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*      03/26/18
**Dana C. Johnson,**      *(Date Mailed)*
**Acting Local Office Director**

Enclosures

cc: Delia Ruiz
Assistant Superintendent, Human Resources
HAYWARD UNIFIED SCHOOL DISTRICT
24411 Amador Street
P.O. Box 5000
Hayward, CA 94544

EXHIBIT 2

# EXHIBIT 3

*Roberts v. Hayward Unified School District*
COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES; DEMAND FOR JURY TRIAL

STATE OF CALIFORNIA | State and Consumer Services Agency                                                GOVERNOR EDMUND G. BROWN, JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                     DIRECTOR KEVIN KISH

2218 Kausen Drive, Suite 100 | Elk Grove, CA | 95758
800-884-1684 | Videophone for the DEAF 916-226-5285
www.dfeh.ca.gov | e-mail: contact.center@dfeh.ca.gov

|  |  |
|---|---|
| EEOC Number: | 555-2017-01171C |
| Case Name: | Charles A. Roberts vs. HAYWARD UNIFIED SCHOOL DISTRICT |
| Filing Date: | March 26, 2018 |

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH), a state agency, and the United States Equal Employment Opportunity Commission (EEOC), a federal agency. The complaint will be filed in accordance with California Government Code section 12960. The notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your state Right to Sue notice. This state Right to Sue Notice allows you to file a private lawsuit. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above- referenced complaint. The lawsuit may be filed in a State of California Superior Court.

Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice or, pursuant to Government Code section 12965, subdivision (d)(2), 90 days from receipt of the federal right-to-sue letter from the EEOC, whichever is later. You should consult an attorney to determine with accuracy the date
by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, the DFEH does not retain case records beyond three years after a complaint is filed.

EXHIBIT 3

(Revised 11/2016)