**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:    415/981-9788
Facsimile:    415/981-9798
Email:        RogersRMR@yahoo.com

Attorneys for Plaintiff
**CHARLES ROBERTS**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERTS, | Case No.: C18-02209-JSC |
| Plaintiff, | Complaint filed:        04/13/18<br>Trial date:              07/08/19 |
| v. | |
| HAYWARD UNIFIED SCHOOL DISTRICT, | **DECLARATION OF RICHARD M. ROGERS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | Date:                    02/28/19<br>Time:                    9:00am<br>Location:            Courtroom F, 15th Fl |

USDC NO. C18-02209-JSC -- DECLARATION OF RICHARD M. ROGERS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

ROBERTS/
/DMO4SUMJ.RMRd

1

I, Richard M. Rogers, hereby declare:

1.    I am the Plaintiff's attorney herein.

2.    Attached hereto are the following Exhibits:

      Exhibit 1:    Deposition of Charles Roberts, Pp. 21:10-23:6, 29:20-41:7

      Exhibit 2:    Deposition of Matthew Wayne, Pp. 40:3-41:2, 41:3-15, 42:9-16, 42:17-45:18, 50:8-51:2, 65:4-14, 95:13-97:8, Exhibits 1 and 4

      Exhibit 3:    Deposition of Delia Ruiz, Pp. 23:7-24:23, 27:2-29:1, 29:2-30:2, 36:14-37:25

      Exhibit 4:    Deposition of June Rono, Pp. 5:14-23, 71:19-72:17

3.    On November 6, 2018, I took the deposition of Delia Ruiz.  That is when I first learned that Defendant was claiming that the reasons given for layoff in the layoff notice, "lack of work or lack of funds," were meaningless. (Ruiz Depo., Pp. 36:14-37:25, Exhibit 3 hereto)

4.    I immediately turned my attention to the alternative reasons for the termination decision and the statements to Dr. Roberts that he would not be selected for the new positions if he applied.

5.    On November 6, 2018, I took the deposition of Matt Wayne, Superintendent, the decisionmaker.  He testified to lack of leadership abilities. (Wayne Depo., Pp. 40:21-42:2, 95:13-97:8, Exhibit 2 hereto)

6.    Dr. Roberts had already answered Interrogatories wherein he testified to the "fresh ideas" statement by Dr. Wayne. (Exhibit 2 to Roberts Decl., P. 12:12-24)

7.    Dr. Wayne testified that "fresh ideas" may not have been his words, but he may have said "new directions."  (Wayne Depo., P. 41:3-15, Exhibit 2 hereto)

8.    Both Dr. Wayne and Delia Ruiz testified that they told Dr. Roberts that if he applied for the new positions he would not be selected, no matter how well he did, because of the Rule of Three. (Wayne Depo., P. 42:9-16, Exhibit 2 hereto; Ruiz Depo., P. 27:2-28:6, Exhibit 3 hereto)

ROBERTS/
/DMO4SUMJ.RMRd

USDC NO. C18-02209-JSC -- DECLARATION OF RICHARD M. ROGERS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

2

9.      After November 6, 2018, my focus was on the reasons for telling Dr. Roberts not to apply.  Of course, this is the same inquiry as to why they terminated him in the first place, since they could have placed him in one of the new positions or simply changed the reporting structure.

10.     Attached hereto as Exhibit 5 are two pages from Defendant's official reorganization plan.  These documents were produced by Defendant.  The second page (HUSD 0010) shows savings form the elimination of Chief Facilities Officer (Dr. Roberts) to be N/A. Footnote 1 explains:  "Chief Facilities Officer is funded through Measure L so there are no savings to the general fund."

11.     I had a discovery plan as of November 6, 2018.  On that date, defense counsel took an untenable position at the deposition of Delia Ruiz, asserting his right to coach the witness whenever he wanted.  I noticed no further depositions while that dispute was pending.

12.     I have not finished the deposition of Ms. Ruiz, and I have noticed the depositions of the new hires who replaced Dr. Roberts and three former Board members who, I understand, discussed Dr. Roberts.

13.     I believe that these untaken depositions will discover evidence supportive of Dr. Roberts' case.

14.     The testimony of Dr. Wayne and Delia Ruiz on the leadership issue is highly suspect because of Ms. Ruiz' claimed lack of recollection about what was said at the meetings and Dr. Roberts' record of leadership at the District.

//

//

USDC NO. C18-02209-JSC -- DECLARATION OF RICHARD M. ROGERS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

15.     I believe that Mr. Jacobson's absurd claim of his right to coach was a deliberate ploy to persuade me to delay discovery.  In the meet and confer process he justified his positon by saying he believed I was incorrect, he cited no authority, and he did not appear at the hearing to defend his position, relegating that duty to Mr. Urbanic.

16.     I have personal knowledge of the foregoing and am competent to testify thereto.

I declare under penalty of perjury, under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Executed at ___San Francisco___, California, this **6th** day of **February**, 2019.

_____
RICHARD M. ROGERS

USDC NO. C18-02209-JSC -- DECLARATION OF RICHARD M. ROGERS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

ROBERTS/
/DMO4SUMJ.RMRd

4