Richard M. Jacobson, Esq. – SBN 114520
Joseph T. Urbanic, Esq. – SBN 302094
**JACOBSON MARKHAM, L.L.P.**
8950 Cal Center Drive, Suite 210
Sacramento, CA 95826
Tel:  916.854.5969
Fax:  916.854.5965

Attorneys for Defendant
HAYWARD UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES ROBERTS, | No. 3:18-cv-02209-JSC |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR PRE-TRIAL CONFERENCE FILINGS; AND** |
| vs. | |
| HAYWARD UNIFIED SCHOOL DISTRICT, | **[PROPOSED] ORDER** |
| Defendant. | |

Plaintiff CHARLES ROBERTS ("Plaintiff") and Defendant HAYWARD UNIFIED SCHOOL DISTRICT ("HUSD") by their respective undersigned counsel respectfully jointly stipulate and hereby request that the current deadline set forth in the Pretrial Order of July 12, 2018 (Doc. 5), for filing of documents and submission of exhibits seven days prior to the August 22, 2019, Pretrial Conference be extended to Monday, August 19, 2019, for good cause, to allow both parties to prepare the documents to be filed.

## MEMORANDUM IN SUPPORT

### I. PROCEDURAL HISTORY

Since the Pretrial Order was issued, the parties have completed discovery and begun trial preparation, including the meet and confer process.  The parties have agreed to an extension of the

pretrial conference deadline to August 19, 2019, and submit this joint stipulation requesting the Court to approve the extension.

## II. LEGAL STANDARD

Pursuant to Fed. R. Civ. P. 16(b)(4), a schedule may be modified for good cause and with the judge's consent. The primary measure of Rule 16's 'good cause' standard is the moving party's diligence in attempting to meet the pretrial order's requirements. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. Sep. 14, 1992).

## III. ARGUMENT

Good cause exists to extend the deadline for Pretrial Conference submissions two court days from August 15, 2019 to August 19, 2019.

Plaintiff's counsel has been on vacation. Defendant's counsel commenced trial in Fresno County Superior Court on August 6, 2019, and the trial is taking longer than anticipated.

The requested extension of the Pretrial Conference related deadline will not affect any of the other dates set in the case, including the trial date (9/3/2019). This is the parties' first request for an extension of time of the deadline for submission of Pretrial Conference submittals.

The parties, therefore, stipulate and request the Court to extend the deadline for Pretrial Conference submissions to August 19, 2019.

SO STIPULATED.

Dated:  August 13, 2019         LAW OFFICE OF RICHARD M. ROGERS


                                 /s/ Richard M. Rogers
                                RICHARD M. ROGERS, ESQ.
                                Attorneys for Plaintiff
                                CHARLES ROBERTS

Dated:  August 13, 2019         JACOBSON MARKHAM, L.L.P.


                                 /s/ Joseph T. Urbanic
                                JOSEPH T. URBANIC, ESQ.
                                Attorneys for Defendant
                                HAYWARD UNIFIED SCHOOL DISTRICT

**[PROPOSED] ORDER**

The court, having considered the Parties' stipulation to extend the deadline for Pretrial Conference submissions to noon on August 19, 2019, and good cause appearing,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 14, 2019

*Jacqueline Scott Corley*
The Honorable Jacqueline Scott Corley

# CERTIFICATE OF SERVICE

I, Sandra Gagnon, certify and declare as follows:

    I am over the age of 18 and not a party to the within action.  My business address is 8950 Cal Center Drive, Suite 210, Sacramento, California 95826-3228.

    I hereby certify that on **August 13, 2019,** I electronically filed the foregoing **STIPULATION TO EXTEND DEADLINE FOR PRE-TRIAL CONFERENCE FILINGS; AND [PROPOSED] ORDER** with the Clerk of the Court for the United States District Court for the Northern District of California, San Francisco Division, by using the CM/ECF system. The Court's CM/ECF system will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF system:

Richard M. Rogers                                 *Attorney for Plaintiff Charles Roberts*
Law Office Of Richard M. Rogers
100 Bush Street, #1980
San Francisco, CA  94104

T: 415.981.9788
F: 415.981.9798
E-mail: rogersrmr@yahoo.com

☒    **BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF System.

☒    **FEDERAL**
I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on **August 13, 2019** at Sacramento, California.

                                                           /s/ Sandra Gagnon
                                                           SANDRA GAGNON