UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERTS,<br><br>      Plaintiff,<br><br>    v.<br><br>HAYWARD UNIFIED SCHOOL DISTRICT,<br><br>      Defendant. | Case No. 18-cv-02209-JSC<br><br>**VERDICT FORM** |

We the jury unanimously answer as follows:

**A.   DISCHARGE DECISION**

1. Was Charles Roberts's race a substantial motivating reason for Hayward Unified School District's discharge of his employment?

    \_\_\_ Yes     ✗ No

If your answer to question 1 is yes, please answer question 2; if your answer to question 1 is no, skip questions 2 and 3 and go on to answer question 4.

2. Did Hayward Unified School District also have lawful substantial motivating reasons for its discharge of Charles Roberts's employment?

    \_\_\_ Yes     \_\_\_ No

If your answer to question 2 is yes, please answer question 3; if your answer to question 2 is no, skip question 3 and go on to answer question 4.

3.  Would Hayward Unified School District have discharged Charles Roberts even if its decision had not been substantially motivated by his race?

    ___ Yes    ___ No

B. **NO REHIRE DECISION**

4.  Was Charles Roberts's race a substantial motivating reason for Hayward Unified School District's decision not to rehire Charles Roberts?

    ___ Yes    ✗ No

If your answer to question 4 is yes, please answer question 5; if your answer to question 4 is no, skip questions 5 and 6 and go on to Section C.

5.  Did Hayward Unified School District also have lawful substantial motivating reasons for its decision not to rehire Charles Roberts?

    ___ Yes    ___ No

If your answer to question 5 is yes, please answer question 6; if your answer to question 5 is no, skip question 6 and go on to answer question 7.

6.  Would Hayward Unified School District have decided not to rehire Charles Roberts even if its decision had not been substantially motivated by his race?

    ___ Yes    ___ No

C. **FAILURE TO PREVENT DISCRIMINATION**

If you answered yes to either question 1 or question 4, then answer question 7. If you answered no to both question 1 and question 4, stop here, answer no further questions, and have the presiding juror sign and date this form.

7.  Did Hayward Unified School District fail to take all reasonable steps to prevent the discrimination?

    ___ Yes    ___ No

If your answer to question 7 is yes, then answer question 8. If you answered no, then answer question 9.

8.  Was Hayward Unified School District's failure to prevent the discrimination a substantial factor in causing harm to Charles Roberts?

    ___ Yes ___ No

Please go on to Section D.

## D. DAMAGES

Answer question 9 only if you did *any* of the following:

- Answered yes to question 1 and no to question 2 *or* question 3
- Answered yes to question 4 and no to question 5 *or* question 6
- Answered yes to question 8

9.  What are Charles Roberts's damages?

    a.  Past economic loss                                          $_____

    b.  Future economic loss                                        $_____

    c.  Past noneconomic loss, including mental suffering:          $_____

    d.  Future noneconomic loss, including mental suffering:        $_____

3

Signed: _____
            Presiding Juror

Dated: September 6, 2019

After the verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

4